AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| CHARLES EVANS II | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. C08-01697 JL |
| CONTRA COSTA COUNTY, et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   **FEDERAL GLOVER**
       *(Defendant's name)*

A lawsuit has been filed against you.

   Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:




If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            Richard W. Wieking
                                                            Name of clerk of court

Date:   **APR 0 9 2008**                            Brenda Tolbert
                                                            Deputy clerk's signature

FILED
08 APR 15 AM 11:29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __4/15/2008__, by:

    (1) personally delivering a copy of each to the individual at this place, __601 Pine, Martinez__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

Date: __4/15/2008__

_[signature]_
Server's signature

__Nicole Lynnette Evans__
Printed name and title

__546 17TH STREET Richmond, CA. 94801__
Server's address