AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Northern District of California

*FILED*
*APR 15 AM 11: 29*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| CHARLES EVANS II | ) |
| Plaintiff | ) |
| v. | ) |
| CONTRA COSTA COUNTY, et al | ) |
| Defendant | ) |

Civil Action No. C08-01697 JL

### Summons in a Civil Action

To:   MARY PIEPHO

*(Defendant's name)*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   APR 0 9 2008

Richard W. Wieking
Name of clerk of court

*Brenda Tolbert*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on 4/15/2008 ,
by:

    (1) personally delivering a copy of each to the individual at this place, 601 Pine, Martinez ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 0.00 _____ for travel and $ 0.00 _____ for services, for a total of $ 0.00 _____.

Date: 4/14/2008

                                             Server's signature

                             Nicole Lynnette Evans
                                 Printed name and title

                             546 17th Street Richmond, CA 9480/
                                      Server's address