SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: bknap@cc.ccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY,
JOHN GIOIA, MARY PIEPHO,
GAYLE UILKEMA, FEDERAL GLOVER,
and SUSAN BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EVANS II individually, | No. C 08 - 01697 JL |
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| CONTRA COSTA COUNTY, et al., | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 2, 2008                    SILVANO B. MARCHESI
                                       COUNTY COUNSEL

                                              /S/

                                       By:_____
                                           BERNARD KNAPP
                                           Deputy County Counsel
                                           Attorneys for Defendants
                                           CONTRA COSTA COUNTY,
                                           JOHN GIOIA, MARY PIEPHO,
                                           GAYLE UILKEMA, FEDERAL
                                           GLOVER, and SUSAN BONILLA