SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
email: bknap@cc.ccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY;
JOHN GIOIA; MARY PIEPHO;
GAYLE UILKEMA;
FEDERAL GLOVER; AND
SUSAN BONILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EVANS II individually,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; JOHN GIOIA individually and in his Official Capacity as County Supervisor; MARY PEIPHO individually and in her Official Capacity as County Supervisor; GAYLE ULKEMA individually and in her Official Capacity as County Supervisor; FEDERAL GLOVER individually and in his Official Capacity as County Supervisor; SUSAN BONILLA individually and in her Official Capacity as County Supervisor,<br><br>Defendants. | No. C 08 - 01697<br><br>PROOF OF SERVICE OF ANSWERS TO COMPLAINTS BY DEFENDANTS CONTRA COSTA COUNTY, JOHN GIOIA, MARY PIEPHO, GAYLE UILKEMA, FEDERAL GLOVER and SUSAN BONILLA |

PROOF OF SERVICE
C 08 - 01697

1

PROOF OF SERVICE

**Re:**   *Charles Evans II v. Contra Costa County, et al.*
United States District Court No. C 08 - 01697 JL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. My electronic notification address is pwebb@cc.cccounty.us. On May 2, 2008, at _____ I served the following document(s) by the method indicated below.

1. DEFENDANT SUSAN BONILLA'S ANSWER TO COMPLAINT

2. DEFENDANT FEDERAL GLOVER'S ANSWER TO COMPLAINT

3. DEFENDANT MARY PIEPHO'S ANSWER TO COMPLAINT

4. DEFENDANT GAYLE UILKEMA'S ANSWER TO COMPLAINT

5. DEFENDANT JOHN GIOIA'S ANSWER TO COMPLAINT

6. DEFENDANT CONTRA COSTA COUNTY'S ANSWER TO COMPLAINT

☐ By fax transmission on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2.301(3).

☑ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ By electronically transmitting from electronic notification address pwebb@cc.cccounty.us a true copy of the above-referenced document(s) to LexisNexis File & Serve at www.LexisNexis.com for electronic delivery upon counsel for the parties as listed below and as listed on the attached transaction receipt(s). The transmission was reported as complete and without error.

Charles Evans II                                    Plaintiff in pro per
546 17th Street
Richmond, CA 94801-2804

Telephone:    510.375.4197 cell
              510.637.2845 desk
              510.215.7779 home

Electronic Mail: charles.ii@sbcglobal.net


I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on May 2, 2008, at Martinez, California.

_____
PAULA WEBB

PROOF OF SERVICE