**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**May 6, 2008**

CASE NUMBER: CV 08-01697 JL
CASE TITLE: CHARLES EVANS II-v-CONTRA COSTA COUNTY

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/6/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 5/6/08 MAB |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA