UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES EVANS II,

                                         CASE NO. C 08 - 01697 MHP

                    Plaintiff(s),

          v.                             NOTICE OF NEED FOR ADR PHONE
                                         CONFERENCE
CONTRA COSTA COUNTY, et al.

                    Defendant(s).
_____/


          Counsel report that they have met and conferred regarding ADR and that they:

          ✓      have not yet reached an agreement to an ADR process
                 request an Early Settlement Conference with a Magistrate Judge

          Date of Case Management Conference July 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Bernard Knapp | All Defendants | 925.335.1800 | bknap@cc.cccounty.us |
| Charles Evans II, Plaintiff In Pro Per | | 510.637.2845/510.215.7779/510.375.4197 | charles.ii@sbcglobal.net |

Note: Plaintiff in propria person has not responded to a request he meet and confer regarding ADR selection. Because plaintiff has not responded, this request is made ex parte.

Defense counsel are not aware of plaintiff's position, but because plaintiff is in propria persona, suggest a settlement conference with a Magistrate Judge, as recommended by ADR programs.


*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*


Dated: _____

                                         _____
                                         Attorney for Plaintiff

Dated: June 17, 2008                     _____
                                         Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled
            "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

PROOF OF SERVICE

**Re:**   *Charles Evans II v. Contra Costa County, et al.*
United States District Court No. C 08 - 01697 MHP

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. My electronic notification address is pwebb@cc.cccounty.us. On June 17, 2008, at _____ I served the following document(s) by the method indicated below.

   1.  Notice of Need for ADR Phone Conference

☐  By fax transmission on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2.301(3).

☑  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐  By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐  By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐  By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐  By electronically transmitting from electronic notification address pwebb@cc.cccounty.us a true copy of the above-referenced document(s) to LexisNexis File & Serve at www.LexisNexis.com for electronic delivery upon counsel for the parties as listed below and as listed on the attached transaction receipt(s). The transmission was reported as complete and without error.

Charles Evans II                                    Plaintiff in pro per
546 17th Street
Richmond, CA 94801-2804

Telephone:      510.375.4197 cell
                510.637.2845 desk
                510.215.7779 home

Electronic Mail: charles.ii@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California and the United States
of America that the above is true and correct. Executed on June 17, 2008, at Martinez,
California.

_____
                PAULA WEBB

PROOF OF SERVICE