**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   C 08-1697  MHP                Judge: MARILYN H. PATEL

Title: CHARLES EVANS II -v- CONTRA COSTA COUNTY et al

Attorneys:  Plf: Charles Evans II
            Dft: Bernard Knapp

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying action; Defendant to request letter within 30 days; Plaintiff to submit stipulation to dismissal thereafter.