```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  BERNARD KNAPP (SBN 111720)
    Deputy County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 4  Martinez, California 94553
    Telephone:  (925) 335-1800
 5  Facsimile:   (925) 335-1866
    email: bknap@cc.cccounty.us
 6
    Attorneys for Defendants
 7  CONTRA COSTA COUNTY;
    JOHN GIOIA; MARY PIEPHO;
 8  GAYLE UILKEMA;
    FEDERAL GLOVER; AND
 9  SUSAN BONILLA
10
11                          UNITED STATES DISTRICT COURT
12                         NORTHERN DISTRICT OF CALIFORNIA
13
14
15  CHARLES EVANS II individually,        |  No. C 08 - 01697 MHP
16           Plaintiff,
                                          |  VOLUNTARY DISMISSAL AND
17       v.                                  STIPULATION AND ORDER DISMISSING
                                             ENTIRE ACTION WITHOUT PREJUDICE
18  CONTRA COSTA COUNTY, a municipal
    corporation; JOHN GIOIA individually  |  F.R.Civ.P. 41(a)(1)(A)(ii)
19  and in his Official Capacity as County
    Supervisor; MARY PEIPHO individually
20  and in her Official Capacity as County
    Supervisor; GAYLE ULKEMA
21  individually and in her Official Capacity as
    County Supervisor; FEDERAL GLOVER
22  individually and in his Official Capacity as
    County Supervisor; SUSAN BONILLA
23  individually and in her Official Capacity as
    County Supervisor,
24
             Defendants.
25
26       Pursuant to F.R.Civ.P. 41 41(a)(1)(A)(ii), plaintiff Charles Evans hereby voluntarily
27  dismisses this action, said dismissal to be without prejudice.
28
```

DATE: _____

CHARLES EVANS II
IN PROPRIA PERSONA

By: /s/ Charles Evans II
    Charles Evans II
    Acting as his own attorney

SO STIPULATED:

DATE: August 1, 2008

SILVANO B. MARCHESI
COUNTY COUNSEL

By: /s/
    BERNARD KNAPP
    Deputy County Counsel
    Attorneys for Defendants
    CONTRA COSTA COUNTY;
    JOHN GIOIA; MARY PIEPHO;
    GAYLE UILKEMA;
    FEDERAL GLOVER; AND
    SUSAN BONILLA

SO ORDERED.

DATE: _____

_____
Marilyn Hall Patel
United States District Judge