1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  BERNARD KNAPP (SBN 111720)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   email: bknap@cc.cccounty.us
6
   Attorneys for Defendants
7  CONTRA COSTA COUNTY;
   JOHN GIOIA; MARY PIEPHO;
8  GAYLE UILKEMA;
   FEDERAL GLOVER; AND
9  SUSAN BONILLA

**FILED**

AUG 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EVANS II individually,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; JOHN GIOIA individually and in his Official Capacity as County Supervisor; MARY PEIPHO individually and in her Official Capacity as County Supervisor; GAYLE ULKEMA individually and in her Official Capacity as County Supervisor; FEDERAL GLOVER individually and in his Official Capacity as County Supervisor; SUSAN BONILLA individually and in her Official Capacity as County Supervisor,<br><br>Defendants. | No. C 08 - 01697 MHP<br><br>VOLUNTARY DISMISSAL AND STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE<br><br>F.R.Civ.P. 41(a)(1)(A)(ii) |

26   Pursuant to F.R.Civ.P. 41 41(a)(1)(A)(ii), plaintiff Charles Evans hereby voluntarily
27  dismisses this action, said dismissal to be without prejudice.
28

---

VOLUNTARY DISMISSAL AND STIPULATION AND ORDER DISMISSING ENTIRE
ACTION WITHOUT PREJUDICE – C 08 - 01697 MHP                                                    1

```
 1  DATE:                                    CHARLES EVANS II
                                             IN PROPRIA PERSONA
 2
 3
 4                                           By: /s/ Charles Evans II
                                                 Charles Evans II
 5                                               Acting as his own attorney
 6  SO STIPULATED:
 7
    DATE: August 1, 2008                     SILVANO B. MARCHESI
 8                                           COUNTY COUNSEL
 9
10
11                                           By: _____
                                                 BERNARD KNAPP
12                                               Deputy County Counsel
                                                 Attorneys for Defendants
13                                               CONTRA COSTA COUNTY;
                                                 JOHN GIOIA; MARY PIEPHO;
14                                               GAYLE UILKEMA;
                                                 FEDERAL GLOVER; AND
15                                               SUSAN BONILLA
16
17
18
19
20
21  SO ORDERED.
    DATE: 8/7/08
22
                                             _____
23                                           Marilyn Hall Patel
                                             United States District Judge
24
25
26
27
28
```

VOLUNTARY DISMISSAL AND STIPULATION AND ORDER DISMISSING ENTIRE
ACTION WITHOUT PREJUDICE – C 08 - 01697 MHP                                    2